UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMIE J. VARNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL BAUER, COLLINSVILLE POLICE OFFICER, Individually and in Official Capacity, LUKE TILLMAN, COLLINSVILLE POLICE OFFICER, Individually and in Official Capacity, STEVE PYRDECK, COLLINSVILLE POLICE OFFICER, Individually and in Official Capacity, SCOTT WILLIAMS, COLLINSVILLE POLICE CHIEF, Individually and in Official Capacity, and CITY OF COLLINSVILLE, ILLINOIS, a municipal corporation,<br><br>　　　　Defendants. | Case No. 10-cv-216-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 9) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case.  Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation.  Therefore, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED:  June 17, 2010**

　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**